**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RUDOLPH E. MCALLISTER, JR.,

                Plaintiff,                21 **CIVIL** 1729 (NSR)(PED)

      -v-                                 <u>**JUDGMENT**</u>

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 13, 2021, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for the purpose of conducting further administrative proceedings, including offering Plaintiff a new hearing.

**Dated:**  New York, New York
          September 14, 2021

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                 **BY:**        *K. Mango*
                                                   **Deputy Clerk**